UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------

Gabriel Ricardo Sandy Williams,
    Petitioner,

ORDER

-vs-

CV-02-1901(FB)

John Ashcroft, et. al.
    Respondent.
-----------------------------------------

    On February 27, 2003 upon the joint request from counsel the Court issued an order staying and administratively closing this petition without prejudice to allow counsel to pursue his claims before the Board of Immigration Appeals.

    On May 3, 2005 counsel for petitioner submitted a letter request to have the petition re-opened and an order staying his removal, or in the alternative to re-issue an order staying his removal. Counsel informed the Court that the petitioner has a custody review scheduled, but that there must be an order staying his removal in order for the Board of Immigration Appeals to consider releasing the petitioner.

    The order dated April 2, 2002 staying his removal has never been vacated. Accordingly it is,

    HEREBY ORDERED that the Court's order date April 2, 2002 staying the petitioner's removal is still in effect to allow the petitioner to fully exhausted all of his remedies before the Board of Immigration Appeals. Upon a final decision from the Board of Immigration Appeals counsel shall notify this Court forthwith.

SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: Brooklyn, New York
       May 25, 2005

cc.: Jorge Guttlein, Esq.
    AUSA Kristen Chapman